**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-4619**

UNITED STATES OF AMERICA,

    Plaintiff – Appellee,

  v.

QUANMAINE DA-SHON BROWN, a/k/a Quan,

    Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence.  R. Bryan Harwell, District Judge. (4:13-cr-00843-RBH-3)

Submitted: March 23, 2015    Decided: April 1, 2015

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeffrey Mikell Johnson, Eutawville, South Carolina, for Appellant. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quanmaine Da-Shon Brown pleaded guilty to conspiracy to possess with intent to distribute and distribute cocaine and cocaine base, in violation of 21 U.S.C. § 846 (2012). The district court sentenced Brown to 120 months of imprisonment and he now appeals. Appellate counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), concluding that there are no meritorious issues for review. Finding no error, we affirm.

We have thoroughly reviewed the record and conclude that the district court committed no error in accepting Brown's guilty plea and sentencing Brown to the statutory mandatory minimum term of imprisonment. The court complied with the requirements of Fed. R. Crim. P. 11 in accepting Brown's guilty plea and we conclude that Brown's plea was knowing and voluntary. We further conclude that the sentence is procedurally and substantively reasonable. See Gall v. United States, 552 U.S. 38, 51 (2007).

We have examined the entire record in accordance with the requirements of Anders and have found no meritorious issues for appeal. Accordingly, we affirm the judgment of the district court. This court requires that counsel inform Brown, in writing, of the right to petition the Supreme Court of the United States for further review. If Brown requests that a

2

petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on Brown. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED